# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robert James and Norma James,           Civil No. 12-656 (JNE/AJB)

    Plaintiffs,

v.                           **ORDER FOR DISMISSAL**

Mayo Clinic,

    Defendant.

---

Pursuant to the Agreed Stipulation of Dismissal with Prejudice filed by the parties [#13],

**IT IS HEREBY ORDERED** that the above captioned matter is hereby dismissed, with prejudice, and that each party shall bear their own costs and attorneys' fees.

DATED: June 20, 2012

                                                       s/ Joan N. Ericksen
                                                       JOAN N. ERICKSEN, Judge
                                                       United States District Court